**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

RODNEY DALE MAYES,

         Plaintiff,

v.                                     CIVIL ACTION NO.   3:21-0499

KENOVA POLICE DEPARTMENT and
WAYNE COUNTY CIRCUIT COURT,

         Defendants.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the complaint be dismissed, without prejudice; the Application to Proceed Without Prepayment of Fees and Costs be denied, as moot; and that this action be removed from the docket of the Court. No objections to the Magistrate Judge's findings and recommendation have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **ORDERS** that the complaint be **DISMISSED** without prejudice; the Application to Proceed Without Prepayment of Fees and Costs be **DENIED** as moot; and that this action be **REMOVED** from the docket of the Court, consistent with the findings and recommendation.

-2-

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER:          February 14, 2022

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE